# REAL PROPERTY DECLARATION

I, (name of Declarant) JEFF SCAPA _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion (Property) because (specify):

   [ ] I am the Movant and owner of the Property.

   [ ] I manage the Property as the authorized agent for the Movant.

   [ ] I am employed by Movant as (state title and capacity): _____

   [X] Other (specify): President of Scapa And Associates, A California Corporation.

2. I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. The Movant is:

   [X] Original holder of the beneficial interest in the Property. A true and correct copy of a recorded proof of this interest is attached hereto as Exhibit 1 (e.g., deed of trust).

   [ ] Assignee of the original holder of the beneficial interest in the Property. A true and correct copy of recorded proof of this interest is attached hereto as Exhibit _____. (E.g., allonge, assignment, et.al.)

   [ ] Servicing or subservicing agent pursuant to a servicing agreement or other documented authorization to act as Movant for the owner of the beneficial interest. Attached hereto as Exhibit _____ is a true and correct copy of the relevant part of the document which reflects authority to act as Movant for the owner of the beneficial interest.

4. a. The address of the Property that is the subject of this Motion is:

   Street address: 1741 N. La Brea Ave.
   Unit/suite no.: _____
   City, state, zip code: Los Angeles, CA

   b. The legal description or document recording number (including county of recording) set forth in Movant's deed of trust is attached as Exhibit 2 .

   [ ] See attached page.

5. Type of property (check all applicable boxes):

   a. [ ] Debtor's(s') principal residence       b. [ ] Other single family residence
   c. [ ] Multi-unit residential                 d. [X] Commercial
   e. [ ] Industrial                             f. [ ] Vacant land
   g. [ ] Other (specify): _____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2011                              Page 6                              F 4001-1.MOTION.RP