Ronald E. Michelman, Esq.; Bar No. 55929
Ryan S. Michelman, Esq.; Bar No. 204120
MICHELMAN & MICHELMAN, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, California 91364
Telephone: (818) 883-7373
Facsimile: (818) 883-7377

Attorney for Creditor – Scapa and Associates, a California Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**The Woman's Club of Hollywood, CA,**<br><br>Debtor. | Case No.: 2:12-bk-50767-BR<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOVANT SCAPA AND ASSOCIATES, A CALIFORNIA CORPORATION'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS) REGARDING REAL PROPERTY**<br><br>Date: 1/23/2013<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>       255 East Temple Street<br>       Los Angeles, CA 90012<br><br>Judge: Hon. Barry Russell |

Movant SCAPA AND ASSOCIATES, A CALIFORNIA CORPORATION (the "Movant") hereby request that this Court take Judicial Notice, pursuant to Rule 201 of the

Federal Rules of Evidence and Rule 44 of the Federal Rules of Civil Procedure, as made applicable by Rule 9017 of the Federal Rules of Bankruptcy Procedure, of the following[1]:

    (1)    Quick, Smith and Zardeneta Motion to Dismiss; Memorandum of points and Authorities in Support; and Declaration of Alan Harris In Support. [Docket No. 27; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-12572-BR], copy of which is attached hereto as Exhibit "1".

    (2)    Order Dismissing Case [Docket No. 43; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-12572-BR], copy of which is attached hereto as Exhibit "2".

    (3)    Susan Quick, Nadine Smith and Christine Zardeneta's Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; and Declaration of Alan Harris In Support. [Docket No. 47; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "3".

    (4)    Order Dismissing Case. [Docket No. 47; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "4".

    (5)    Ex Parte Emergency Motion to Reopen Case; Memorandum of Points and Authorities in Support Thereof; and Declaration of Alan Harris In Support. [Docket No. 69; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "5".

---

[1] In the interest of avoiding unnecessary waste and to minimize the size and pages of this request, the documents attached to this Request for Judicial Notice shall exclude attaching any of the exhibits which comprise part of any pleading herein.

(6) Order Denying Motion to Reopen. [Docket No. 71; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "6".

(7) Notice of Ex Parte Motion and Ex Parte Motion for an Order Reopening Closed Case; Declaration of Jerome S. Cohen In Support Thereof. [Docket No. 73; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "7".

(8) Order Denying Ex Parte Motion To Reopen Case. [Docket No. 82; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "8".

(9) Ex Parte Emergency Motion To Reopen Case; Memorandum of Points and Authorities In Support Thereof; Declaration of Alan Harris In Support Thereof. [Docket No. 74; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "9".

(10) Order Denying Motion To Reopen Filed On October 28, 2012. [Docket No. 76; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "10".

(11) Order Dismissing Involuntary Bankruptcy Petition [Docket No. 10; In re Woman's Club of Hollywood California; Bk. No. 2-11-bk-46795-BR], copy of which is attached hereto as Exhibit "11".

(12) Amended Order Dismissing Bankruptcy [Docket No. 66; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "12".

(13) Application for Order Setting Hearing on Shortened Notice [Docket No. 83; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "13".

(14) Order Granting Emergency Application of Debtor, The Woman's Club of Hollywood, California, To Permit It To File a New Chapter 11 Petition, Due To December 14, 2012 Foreclosure Auction. [Docket No. 84; In re The Woman's Club of Hollywood, California; Bk. No. 2-11-BK-11602-BR], copy of which is attached hereto as Exhibit "14".

DATED: December 27, 2012.

Respectfully submitted,

MICHELMAN & MICHELMAN, LLP

By: _____
RONALD MICHELMAN, ESQ.
Attorneys for Defendants, Andra Sachs, Ashby Enterprises and Max-Singer Partnership