WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for Chapter 11 Trustee
Heide Kurtza

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THE WOMAN'S CLUB OF HOLLYWOOD, CALIFORNIA,<br><br>Debtor. | Case No. 2:12-bk-50767-BR<br><br>Chapter 11<br><br>**DECLARATION OF BETH E. GASCHEN REGARDING STIPULATION TO CONTINUE THE HEARING ON SCAPA AND ASSOCIATES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: January 23, 2013<br>TIME: 2:00 p.m.<br>CTRM: 1668 |

I, Beth E. Gaschen, declare:

1.  I am an attorney duly licensed to practice in the courts of California and the Central District of California. I am an associate of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm"), proposed counsel for Heide Kurtz, the chapter 11 trustee (the "Trustee") for the estate of The Woman's Club of Hollywood, California (the "Debtor"), the debtor in this case. The following is within my own personal knowledge, unless otherwise indicated, and if called as a witness, I could and would competently testify with respect thereto.

2.  According to the Bankruptcy Court's docket, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code on December 13, 2012. On December

18, 2012, the Court issued an Order to Appear and Show Cause to Determine Whether to Appoint a Chapter 11 Trustee (the "OSC"). On January 16, 2013, the Court entered an order directing a chapter 11 trustee to be appointed, and the Trustee was appointed by order entered on January 17, 2013.

3. According to the Bankruptcy Court's docket, on December 28, 2012, SCAPA and Associates ("SCAPA") filed its Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (the "Motion") as to the real property located at 1741 N. La Brea Ave., Los Angeles, California 90046 (the "Property"). The hearing on the Motion is scheduled for January 23, 2013 at 2:00 p.m.

4. Based upon the Trustee's recent appointment, the Trustee and SCAPA entered into the *Stipulation to Continue the Hearing on SCAPA and Associates' Motion for Relief from Stay Under 11 U.S.C. § 362* (the "Stipulation") [Docket No. 77]. The Stipulation requests that the hearing on the Motion be continued for approximately 60 days from January 23, 2013, to the Court's first available hearing date after March 25, 2013. The Stipulation also requests that the deadline for the Trustee to oppose the Motion be continued to fourteen (14) days prior to the continued hearing date and the deadline for SCAPA to file any reply thereto be continued to seven (7) days prior to the continued hearing date. The Stipulation also provides that the stay shall not terminate and shall remain in effect as to the Property until further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of January, 2013, at Costa Mesa, California.

/s/ Beth E. Gaschen
Beth E. Gaschen

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF BETH E. GASCHEN REGARDING STIPULATION TO CONTINUE THE HEARING ON SCAPA AND ASSOCIATES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **January 22, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jerome S Cohen    jsc@jscbklaw.com
Alan Harris    law@harrisandruble.com
Heide Kurtz (TR)    trustee@hkurtzco.com, ca45@ecfcbis.com
Ron Maroko    ron.maroko@usdoj.gov
Ronald E Michelman    ronaldmichelman@sbcglobal.net
Alda Shelton    aldashelton@yahoo.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **January 22, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell, United States Bankruptcy Court, 255 East Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/22/2013 | Margaret Sciesinski | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**
778372.1