ROSEMARY LORD
PRESIDENT, BOARD OF DIRECTORS
WOMANS CLUB OF HOLLYWOOD
1749 N. La Brea Avenue
Hollywood, CA 90046
323-876-8383 Office
323-876-8382 Fax
*info@wchollywood.org*

DEBTOR

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THE WOMAN'S CLUB<br>OF HOLLYWOOD, CA<br><br>Debtor. | Case No.: 2:12-bk-50767-BR<br><br>Chapter 11<br><br>POST CONFIRMATION STATUS REPORT FOR PERIOD ENDING JULY 30, 2018 BY THE WOMAN'S CLUB OF HOLLYWOOD BOARD OF DIRECTORS<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**

The following Status Report is submitted by the Board of Directors for the Woman's Club of Hollywood, California (the "*Debtor*" or "*Club*") as required by the Plan and to be filed every 120 days. This report is due on or before August 7, 2018.

//
///
///

1

# WOMAN'S CLUB OF HOLLYWOOD

## STATUS REPORT # 13: April 1st, 2018 – July 30th, 2018

As the 113-year old Woman's Club of Hollywood approaches its two year mark back under its own stewardship, we are reminded how vital our place is in the Hollywood community. So many historic buildings and landmarks are being lost and replaced with new high-rises and anonymous concrete blocks owned by anonymous groups. As we strive to earn back our place as, 'The Heart of Hollywood,' we recognize our responsibility to get more involved in helping our community save our fellow historic organizations and buildings. Hollywood is one of the world's greatest tourist attractions; if all the magical history disappears, tourists will stop coming. Then what?

WCH membership comes from all walks of life - men as well as women, drawn together by the common cause: they love the Woman's Club of Hollywood.

The Club is thriving with rental income, member events, and philanthropic endeavors. As well as our ongoing weekly rentals with Mosaic Church, AA, yoga workshops, our local Councilman David Ryu's office rents the WCH lounge for Council and Community meetings, and local historical and women's organizations rent our facility. We have other private event rentals. With our new organizational approaches, this income will surely increase, from both non-profit and for-profit opportunities.

We are working on a promotional campaign to attract more lucrative filming rentals. Despite a very slow start to Hollywood production this year, we were still busy.

The TV series *Master Class*, a Netflix TV show, *Arrested Development*, and *The Brian Regan Comedy Series* recently filmed at the club, (where the auditorium was converted into a theatre with bleachers and 150 fans attending each of four shows that were taped for this.) A music video, commercials and other TV shows have been renting, too. The parking lot is often rented out as Base Camp and for Crew Parking.

- <u>Rentals April: $18,660   May: $16,690  June: $25,060 and July 29: $27,540</u>
- **<u>This period brought in a total $87,950 in rental income</u>**

2

In these past two years, as we revive the spirit of the Woman's Club, we are ever-aware of the Jeffrey Scapa Loan with the 2020 balloon payment. While there have been a handful of members that object to paying a loan that we did not instigate nor benefit from, as President, I have remained firm that this loan must be repaid. While waiting for the oft-promised donations from elusive Hollywood 'Angels' (Stephen Spielberg, where are you when we need you?) – we have been exploring various options to meet this obligation.

Film, television, parking-lot rentals are a good source of higher revenue, as Mosaic church and other regular renters give us a more stable income. We currently bring in on average $20- 25,000 a month with plans to increase this. Although rental income alone will not satisfy this loan, it gives us a good base.

It has been suggested that if we were to increase the $6,467 monthly payment to Jeff Scapa to around $16,000, it would take us just over 6 years to pay the loan as it stands – other than changes to the interest rate.

Lender Jeffrey Scapa has indicated (verbally) to me that he might be willing to drop the balloon payment currently due January 2020, as we are so reliable. He said we were paying "a ridiculous amount of interest." He also told me he would consider "settling" this loan. I first met Scapa in 2012 when he visited the club and have occasionally hand-delivered the mortgage check to him. Our Treasurer, I and real-estate expert members could pursue this avenue and get something in writing.

Former Yamashiro owner and Founder Tom Glover approached WCH to refinance the Scapa loan with a 10-15 year lower interest rate loan. Conditions of their offer did not appear a good fit, but the door is not closed.

I have spoken with several financial and real estate experts – some are WCH members. They suggest seeking Re-financing through an Equity Credit line. At least two major banks have said they could offer us at least $3-million at 6% interest over a 25-30 year period. But first we need to be signed out of bankruptcy. Therefore a 'bridging-loan' has been suggested for a short period to repay the Scapa loan and the Trustee fees. I have spoken to lenders about this. That interest rate would be 8-9% interest, but there maybe additional fees. Once the Scapa Loan and Trustee fees are paid and we are out of bankruptcy, we can turn to the larger institutions to get the 25-30-year loan, to pay off the

short-term bridging loan. We have been told the monthly payments on the long-term loan would be less than we are currently paying. This would also buy us some time for us to do some major fundraising without the threat of Scapa foreclosing on us and taking the property. We have some club members very experienced in the real estate world who would 'walk us through' this.

It has even been suggested that we set up a Go Fund Me Page!
Our goal is to have a serious offer to present to the Court for approval in the next 3-4 months, so we could settle the Scapa Loan by the end of this year or start of 2019.

At the start of my Presidency in August 2016, my plan was first to increase rental income to build up a healthy financial cushion in the bank so that, should rentals and donors vanish, we would have a couple of years accrued to cover the monthly Scapa loan payments, our monthly utility and other bills, and enough to cover unforeseen expenses.

We reached that 'cushion' of $200,000 at the start of 2018. So this year we have been able to spend some of our budget on much-needed maintenance, upgrades and restoration. This makes the property more attractive to renters and increases income. Our club fundraising events would be upgraded, too.

As custodians of our Historic Hollywood Landmark we are charged with maintaining and restoring our property. So this year we have been able to put a new roof on the 1915 schoolroom cottage (at a discounted price of $5,600) and fix 3 leaks in the auditorium roof.

Thanks to a donation obtained by one of our members of 100 gallons of paint, the auditorium, the front of the 1903 schoolhouse and the cottage were painted by a crew of over 30 volunteers from the Marine Corps, the Army, the Air Force and the Navy! Our only cost was for lunch and paint rollers and rags. The California Marine Corps is headed by two women, Sgt.Major Hunts-Horse May and Major Donas. Both proud WCH members who will bring their crew back to help with the exterior painting.

We are in the midst of re-landscaping the club grounds and our Green Team is exploring cost-saving ideas such as solar panels and new irrigation systems.

All the fire-extinguishers were checked and updated, including the kitchen fire-extinguisher systems. We had an extensive inspection of all our lights, exits, signage, electrical system, hoses etc by the Fire Department and all are okayed and up-to-date.

We continue popular events such as the TCM Festival 'Fashion in Film,' with over 100 attending. Mar Vista Boys and Girls Club founder, Cindy Leuty Jones lectured on 'Living a Healthy Life.' At the 'Tribute to Miriam Nelson,' the 84 year-old Hollywood dancing legend attracted over 60 guests from the Professional Dancers' Society plus fans of Miriam's dance partners Gene Kelly and her husband Gene Nelson. The Sherry Lansing Luncheon was a great success. The first woman to head a Hollywood Studio (Paramount), Ms Lansing was impressed at how well the Club is doing. Monthly Coffee Mornings & Membership Meetings, Friday Happy Hours and Afternoon Teas – with a Purpose, continue. A varied program of future events is in the works: from the small workshops for writers, artists, gardeners, to the large fundraisers for The Jeffrey Foundation (for mothers of Special Needs children), more 'Ladies Who Murder – Again' Women Mystery Writers panel and joint ventures with other historic Hollywood organizations. Hollywood's Golden Era themes are so popular, attracting members old and new, the local and the Hollywood community and new friends. These events continue to bring in loyal members, donations and introduce new friends.

As members of the California Federation of Women's Clubs, we enjoy the strength of support from our many sister clubs and are able to share ideas for fresh charitable and philanthropic endeavors. In addition to our Aviva Family Services, Make-Overs That Matter (for women veterans), Jeffrey Foundation, Salvation Army and our help for various veterans groups (who in turn help us with painting and 'heavy lifting' work), we will be involved with the young artists and musicians programs and fundraising events with our sister clubs.

Historic Hollywood Preservation remains a key focus for the WCH, as more and more people see the great accomplishments the WCH has had in Hollywood's illustrious history.

INSURANCE: The club's insurance policies are in place and up-to-date:
California Fair Plan – property insurance was renewed in January, 2018
Hull & Co. Liability – will be renewed in September 2018
Philadelphia Directors' & Officers – will be renewed by October 5th, 2018.

TAXES: Taxes for Fiscal Year June 1st 2016 – May 31st 2017 were filed with IRS and Franchise Tax Board. The Registry of Charitable Trusts was renewed April 2018.

Taxes (Form 990) for Fiscal Year June 1st 2017 – May 31st 2018 are being prepared and will be filed by the due date October 15th 2018.

**FINANCIAL DOCUMENTS ATTACHED:**

**Profit & Loss, Statement of Activity, Statement of Financial Position**

Respectfully submitted by Rosemary Lord, President,
on behalf of the Board of Directors, July 30th, 2018: ROSEMARY LORD

# The Woman's Club of Hollywood California

## STATEMENT OF ACTIVITY
### April 1 - July 29, 2018

|  | TOTAL |
|---|---:|
| **Revenue** | |
| 4000 Facility Rental | 55,010.00 |
| 4100 Parking Rental | 17,700.00 |
| 4200 Filming Rental | 29,167.00 |
| 4300 Club Event Sales | 4,525.49 |
| 4400 Membership Dues | 1,385.00 |
| **Total Revenue** | **$107,787.49** |
| **GROSS PROFIT** | **$107,787.49** |
| **Expenditures** | |
| Advertising | |
| 6200 Ad/Promotional | 245.00 |
| **Total Advertising** | **245.00** |
| Event/Party Expenses | |
| 6010 Events - Catering | 100.00 |
| 6020 Events - F&B | 122.12 |
| 6030 Events - Outside Services | 6,827.35 |
| 6040 Events - Decorations | 44.35 |
| 6060 Events - Supplies | 626.20 |
| **Total Event/Party Expenses** | **7,720.02** |
| General and Admin Expenses | |
| 7010 Bank Charges | 9.00 |
| 7020 Square Fees | 19.01 |
| 7040 Returned Check Fee | 12.00 |
| 7050 Fire & Security | 1,069.30 |
| 7060 Dues & Subscriptions | 190.00 |
| 7070 Office/Admin Expenditures | 180.09 |
| 7080 Training, computer | 79.99 |
| 7090 Office Supplies | 175.23 |
| 7100 Shipping and Postage | 83.50 |
| 7120 Internet/Telephone | 719.70 |
| 7125 Donation Contributions | 654.50 |
| 7130 Meals and Entertainment | 196.24 |
| **Total General and Admin Expenses** | **3,388.56** |
| Legal & Professional Fees | |
| 7410 Chapter 11 Claim Payments | 650.00 |
| 7800 Mortgage/Loan (Scapa) | 25,868.32 |
| **Total Legal & Professional Fees** | **26,518.32** |
| Outside Contractor Services | |
| 6300 Administrative | 606.25 |
| **Total Outside Contractor Services** | **606.25** |
| Repair & Maintenance | |
| 6810 Custodial Services Club | 1,900.00 |
| 6820 Dish Washer Lease | 596.80 |

7

|  | TOTAL |
|---|---:|
| 6860 Plumbing | 365.00 |
| 6870 General R&M, Supplies, Tools | 9,594.15 |
| 6890 HVAC | 42.30 |
| **Total Repair & Maintenance** | **12,498.25** |
| Utilities |  |
| 7500 Utilities, Electric | 4,606.69 |
| 7550 Utilities, Gas | 643.24 |
| 7600 Utilities, Disposal Fees | 893.32 |
| **Total Utilities** | **6,143.25** |
| **Total Expenditures** | **$57,119.65** |
| **NET OPERATING REVENUE** | **$50,667.84** |
| Other Revenue |  |
| 8100 Interest Earned | 27.76 |
| **Total Other Revenue** | **$27.76** |
| **NET OTHER REVENUE** | **$27.76** |
| **NET REVENUE** | **$50,695.60** |

8

# The Woman's Club of Hollywood California

## STATEMENT OF ACTIVITY
### July 1-29, 2018

|  | TOTAL |
|---|---:|
| **Revenue** | |
| 4000 Facility Rental | 17,580.00 |
| 4100 Parking Rental | 2,600.00 |
| 4200 Filming Rental | 7,500.00 |
| 4400 Membership Dues | 375.00 |
| **Total Revenue** | **$28,055.00** |
| **GROSS PROFIT** | **$28,055.00** |
| **Expenditures** | |
| Advertising | |
| 6200 Ad/Promotional | 120.00 |
| **Total Advertising** | **120.00** |
| Event/Party Expenses | |
| 6020 Events - F&B | 19.52 |
| 6030 Events - Outside Services | 1,300.00 |
| **Total Event/Party Expenses** | **1,319.52** |
| General and Admin Expenses | |
| 7050 Fire & Security | 1,069.30 |
| 7090 Office Supplies | 13.91 |
| 7100 Shipping and Postage | 6.70 |
| 7120 Internet/Telephone | 182.89 |
| 7130 Meals and Entertainment | 27.18 |
| **Total General and Admin Expenses** | **1,299.98** |
| Legal & Professional Fees | |
| 7410 Chapter 11 Claim Payments | 650.00 |
| 7800 Mortgage/Loan (Scapa) | 6,467.08 |
| **Total Legal & Professional Fees** | **7,117.08** |
| Repair & Maintenance | |
| 6820 Dish Washer Lease | 119.36 |
| 6870 General R&M, Supplies, Tools | 548.30 |
| 6890 HVAC | 42.30 |
| **Total Repair & Maintenance** | **709.96** |
| Utilities | |
| 7500 Utilities, Electric | 1,088.77 |
| 7550 Utilities, Gas | 70.34 |
| 7600 Utilities, Disposal Fees | 223.33 |
| **Total Utilities** | **1,382.44** |
| **Total Expenditures** | **$11,948.98** |
| **NET OPERATING REVENUE** | **$16,106.02** |
| **NET REVENUE** | **$16,106.02** |

# The Woman's Club of Hollywood California

## STATEMENT OF FINANCIAL POSITION
### As of July 29, 2018

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1020 BUSINESS CHECKING (XXXXXX 3349) | 248,541.17 |
| 1080 Petty Cash | 200.00 |
| **Total Bank Accounts** | **$248,741.17** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 1270 Clearing Account | 2,150.00 |
| Undeposited Funds | 1,900.00 |
| **Total Other Current Assets** | **$4,050.00** |
| **Total Current Assets** | **$252,791.17** |
| **TOTAL ASSETS** | **$252,791.17** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| **Total Liabilities** | |
| Equity | |
| Opening Balance Equity | 0.00 |
| Retained Earnings | 244,499.29 |
| Net Revenue | 8,291.88 |
| **Total Equity** | **$252,791.17** |
| **TOTAL LIABILITIES AND EQUITY** | **$252,791.17** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2515 S. WESTERN AVENUE, SUITE 11, SAN PEDRO, CA 90732

A true and correct copy of the foregoing document entitled (*specify*): **POST CONFIRMATION STATUS REPORT BY THE WOMAN'S CLUB OF HOLLYWOOD BOARD OF DIRECTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __8-1-18__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com
- Jerome S Cohen    jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com
- John A Demarest    jad@hssalaw.com, ysm@hssalaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com
- Alan Harris    law@harrisandruble.com
- Jeffrey Kagan    kagan.j@wssllp.com, javaheri.s@wssllp.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
- Ron Maroko    ron.maroko@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com
- Ronald E Michelman    ronaldmichelman@sbcglobal.net, G9840@notify.cincompass.com
- Alda Shelton    aldashelton@yahoo.com
- Autumn D Spaeth    aspaeth@swelawfirm.com, gcruz@swelawfirm.com
- Sharon Sung    ssung@swelawfirm.com, gcruz@swelawfirm.com,hdavis@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On __8-1-18__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell – U.S.B.C. / 255 E. Temple Street #1660 / Los Angeles, CA 90012
Robert B. Scapa / Scapa Law Group, PC / 21700 Oxnard Street, Suite 670 / Woodland Hills, CA 91367
Jeff Scapa / Scapa & Associates / 7083 Hollywood Boulevard, Suite 630 / Los Angeles, CA 90028

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

11

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8-1-18 | Martha Quintero | _Martha Quintero_ (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE