ROSEMARY LORD
VICE PRESIDENT, BOARD OF DIRECTORS
WOMANS CLUB OF HOLLYWOOD
1749 N. La Brea Avenue
Hollywood, CA 90046
323-876-8383 Office
323-876-8382 Fax
*info@wchollywood.org*

DEBTOR

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:12-bk-50767-BR |
| THE WOMAN'S CLUB OF HOLLYWOOD, CA | Chapter 11 |
| | POST CONFIRMATION STATUS REPORT FOR PERIOD ENDING NOVEMBER 30, 2018 BY THE WOMAN'S CLUB OF HOLLYWOOD BOARD OF DIRECTORS |
| Debtor. | [NO HEARING REQUIRED] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**

The following Status Report is submitted by the Board of Directors for the Woman's Club of Hollywood, California (the "*Debtor*" or "*Club*") as required by the Plan and to be filed every 120 days. This report is due on or before December 7, 2018.

//
///
///

1

# WOMAN'S CLUB OF HOLLYWOOD, CAL.

## STATUS REPORT # 14: August 1st, 2018 – November 30th, 2018

With the end of the first two-year term under the Woman's Club membership control, the election on August 27th, 2018 brought in some strong new women for the Board of Directors. Under the existing By Laws President Rosemary Lord was termed out and is now Vice President, remaining CEO.

The new President, **Tracy Reiner,** has an illustrious Hollywood background and strong connections, having worked in the entertainment industry since childhood. Her mother is Penny Marshall, step-father Rob Reiner, Gary Marshall was her uncle. Tracy serves on the Board of the International Women's Baseball League and the Women's Softball Association. She has a notable background in atomic science research and is involved with the American Legion Post 43. Now a documentary film-maker, Tracy will continue the fight to save the club's historic property and legacy.

The club's new Board members are: Brenda Cooper, Nancy Halbert, Cindy Leuty Jones, Maureen Kamph, Suz Landay, Sgt. Major Christina Hunts-Horse May, Kathryn Leigh Scott.

**Brenda Cooper** is an Emmy Award winning (for *"The Nanny"*) fashion stylist and host of TV series *Fashion Emergency*. A Life Coach, Brenda presents workshops on empowering women. She has hosted fundraising events at the WCH.

**Nancy Halbert,** retired nurse and Treasurer of the Hope Lutheran Church, works with many non-profit organizations and is President of the Hollywood chapter of P.E.O. (Philanthropic Education Organization that raises money for girl's educational needs.

**Cindy Leuty Jones,** former Beverly Hills Women's Club Board member, saved the Pacific Palisades Women's Club and, with her husband Jack, founded the Mar Vista Boys and Girls Club. With L.A. Social Venture Partners, she advised hundreds of non-profits in marketing, business strategy, donor cultivation and outreach. Cindy's highly successful professional life is in commercial and residential real estate.

**Maureen Kamph** is a scientist with a degree in Life Science and Biochemistry. She specialized in DNA and phospholipids and works with cancer prevention and treatment. Maureen is the former co-owner of a travel agency and spent 10 years as a Visitation Monitor in Child Protection services for the L.A. Superior Children's Court. She has worked on many fundraisers.

**Suz Landay** was a successful sportswear and dress designer for 40 years. After retiring she has stayed busy supporting the community. She was the Financial Director for the Wilshire Ebell Club for ten years and is former president of the Windsor Square Hancock Square Historical Society, current president of The Society Players, raising money for children's charities. Suz works as a non-profit, pro-bono chef to increase profits on fundraising events.

**Sgt. Major Christina Hunts-Horse May** is currently second in command of the California Marine Corps Recruiting Station. She served in Okinawa, Iraq and was deployed to Afghanistan in support of retrograde missions. Christina has coordinated her troops to do 'heavy lifting' projects at the Woman's Club, including the recent painting projects of the WCH premises.

**Kathryn Leigh-Scott** is an actress, author and book publisher. She has served on the Boards of the Beverly Hills Women's Club and the Benedict Canyon Association. Her acting credits include *Dark Shadows*, *The Bunny Years* and *The Goldberg's*. She has published books on Film Art and Hollywood. Kathryn has presented guest author lectures and book signings at the WCH and is devoted to producing fundraising events at the club.

The club has hired professional Parliamentarian, James Stewart, to advise on rewriting the club By Laws and new Governance methods.

Recent events at the club include the Annual Conference for the California Federation of Women's Clubs, with 200 women from various California clubs in attendance. The WCH was given a certificate of commendation. As members of the California and the National Federation, the club is able to participate in many more charitable events and widen our outreach to other organizations.

3

Club Coffee Morning members gatherings continue, as do Happy Hours and Afternoon Teas. On November 3rd, the club celebrated Diwalli, the Indian Festival of Light. New Board member Brenda Cooper hosted workshop on "Empowering Women." The club hosted a very special U.S. Army event with Lt. Gen. Siemans (second in command at the Pentagon) and Lt. Col. Patrick Flood (the new L.A. Commanding Officer) attending for the swearing in ceremony for 40 new recruits.

In October a "Safe Passages" Award dinner for abused women was held at the club, with further events under discussion with this organization.

Plans underway for the coming year including art exhibitions, the 'Hollywood's Golden Era Salon' series, the launch of an Autism program, co-hosting with other women's organizations and sister-clubs to support and help our veterans and children-in-need, working in our community to save more historic Hollywood buildings and the return of the WCH monthly club luncheons starting February 14th, 2019. We will also be launching The Harlow Awards. More about this next time.

We are currently working with Mosaic Church and with the U.S. Army volunteers on the upcoming holiday celebrations to benefit Aviva Family Services and The Jeffrey Foundation (for mothers of Special Needs children)

Recent rentals include filming of television series *Gray's Anatomy* and *Island Paradise*. The clubhouse was rented for the Teen Choice Awards Gift Room and the Emmys Gift Room, among other things.

- **<u>Rental income: August: $16,390   September: $25,970   October: $16,070 and November: $25,520</u>**
- **<u>This period brought in a total $83,950 in rental income</u>**

We are preparing new marketing plans to increase our rental income considerably. We have been approached by organizations seeking collaborative rental opportunities, which are being considered.

As the 2020 balloon payment draws closer, the new Board members have been working diligently on the best ways to meet the obligations of the Jeffrey Scapa loan. We are focusing in on three best choices from the options mentioned in prior Status Reports. Traditional financial institutions have expressed interest in an involvement. The most financially sound resolution should be ready for presentation before the end of this year. President Reiner has additional ideas to further this end.

Restoration and maintenance of the property continues under the management of the Beautification and Maintenance Team. New landscaping has been designed in conjunction with Lisa Novick of the Theodore Payne Foundation and work is commencing on the exterior gardens.

Club member and Hollywood Heritage founder, Christy McAvoy is L.A. City's expert and advisor on preservation for historical properties. She is currently overseeing the restoration of our smallest classroom - a 1915 wooden structure that had recently been used as a garden shed! As part of Hollywood School for Girls (1908-1932) Jean Harlow and Douglas Fairbanks Jnr. would have attended class here. Christy and fellow Hollywood Heritage founder and WCH member Fran Offenhauser, a highly esteemed local architect, are looking into obtaining grants for the club to cover the costs.

Through President Tracy Reiner's contact, Jeff Papes, we met with the Manager of Home Depot who has offered to assist us with building and maintenance materials. Jeff Papes also set up a meeting for VP Rosemary with Mayor Eric Garcetti's new assistant to discuss plans for the club to assist the community in more ways. Through new President Tracy's connections, Rosemary and Tracy spoke with Councilman David Ryu to discuss the club's status, exposure in the community and involvement in new community events. And so, with the fresh energy and expertise of our new Board members our opportunities are increasing. The members are excited about this new chapter.

INSURANCE: The club's insurance policies are in place and up-to-date:
California Fair Plan – property insurance is paid through January, 2019
Hull & Co. Liability – was renewed in September 2018
Philadelphia Directors' & Officers – was renewed by October 5th, 2018.

<u>Property taxes were paid October 2018</u>.

**FINANCIAL DOCUMENTS ATTACHED:**

**Profit & Loss**

Signed: ROSEMARY LORD: VP

Respectfully submitted by Rosemary Lord, Vice President,

on behalf of the Board of Directors, December 1st, 2018: ROSEMARY LORD

# The Woman's Club of Hollywood California

## STATEMENT OF ACTIVITY
### August - November, 2018

|  | TOTAL |
|---|---:|
| **Revenue** | |
| 4000 Facility Rental | 59,267.67 |
| 4100 Parking Rental | 8,600.00 |
| 4200 Filming Rental | 14,500.00 |
| 4300 Club Event Sales | 135.00 |
| 4400 Membership Dues | 1,238.33 |
| **Total Revenue** | **$83,741.00** |
| **GROSS PROFIT** | **$83,741.00** |
| **Expenditures** | |
| 7900 Fed/State Taxes | -15.05 |
| Advertising | |
| 6200 Ad/Promotional | 275.00 |
| **Total Advertising** | **275.00** |
| Event/Party Expenses | |
| 6010 Events - Catering | 31.26 |
| 6020 Events - F&B | 49.28 |
| 6030 Events - Outside Services | 4,700.00 |
| 6060 Events - Supplies | 408.26 |
| 6070 Events - Equip Rentals | 4,920.00 |
| **Total Event/Party Expenses** | **10,108.80** |
| General and Admin Expenses | |
| 7020 Square Fees | 25.68 |
| 7060 Dues & Subscriptions | 645.00 |
| 7090 Office Supplies | 553.63 |
| 7100 Shipping and Postage | 150.10 |
| 7110 Taxes/Permits/Licenses | 93.25 |
| 7120 Internet/Telephone | 731.46 |
| 7130 Meals and Entertainment | 15.55 |
| 7200 Property Taxes | 3,967.92 |
| **Total General and Admin Expenses** | **6,182.59** |
| Insurance | |
| 7300 Ins - Liability/Property | 3,870.13 |
| 7320 Ins - D&O | 1,035.00 |
| **Total Insurance** | **4,905.13** |
| Legal & Professional Fees | |
| 7410 Chapter 11 Claim Payments | 650.00 |
| 7800 Mortgage/Loan (Scapa) | 25,868.32 |
| **Total Legal & Professional Fees** | **26,518.32** |
| Outside Contractor Services | |
| 6300 Administrative | 2,431.25 |
| **Total Outside Contractor Services** | **2,431.25** |
| Repair & Maintenance | |
| 6810 Custodial Services Club | 1,200.00 |

Accrual Basis  Monday, December 3, 2018 10:57 PM GMT-8                    1/2

|  | TOTAL |
|---|---:|
| 6820 Dish Washer Lease | 477.44 |
| 6830 Electrical | 300.00 |
| 6860 Plumbing | 135.00 |
| 6870 General R&M, Supplies, Tools | 5,813.61 |
| 6880 Pest Control | 801.00 |
| **Total Repair & Maintenance** | **8,727.05** |
| Utilities |  |
| 7500 Utilities, Electric | 4,548.21 |
| 7550 Utilities, Gas | 283.62 |
| 7600 Utilities, Disposal Fees | 893.32 |
| **Total Utilities** | **5,725.15** |
| **Total Expenditures** | **$64,858.24** |
| **NET OPERATING REVENUE** | **$18,882.76** |
| Other Revenue |  |
| 8100 Interest Earned | 43.19 |
| **Total Other Revenue** | **$43.19** |
| **NET OTHER REVENUE** | **$43.19** |
| **NET REVENUE** | **$18,925.95** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2515 S. WESTERN AVENUE, SUITE 11, SAN PEDRO, CA 90732

A true and correct copy of the foregoing document entitled (*specify*): **WOMANS CLUB OF HOLLYWOOD STATUS REPORT #14** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12-6-18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com
- **Jerome S Cohen**    jsc@cohenbordeaux.com, mail@cohenbordeaux.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Alan Harris**    law@harrisandruble.com
- **Jeffrey Kagan**    kagan.j@wssllp.com, javaheri.s@wssllp.com
- **Heide Kurtz (TR)**    trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com
- **Kevin S Lacey**    klacey@lddlaw.net, kevinlacey@tilemlaw.com;mstickney@lddlaw.net
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com
- **Ronald E Michelman**    ronaldmichelman@sbcglobal.net, G9840@notify.cincompass.com
- **Holly Roark**    holly@roarklawoffices.com, courtnotices@roarklawoffices.com
- **Alda Shelton**    aldashelton@yahoo.com
- **Autumn D Spaeth**    aspaeth@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12-6-18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell / 255 E. Temple Street #1660 / Los Angeles, CA 90012
Robert B. Scapa / Scapa Law Group, PC / 21700 Oxnard Street #670 / Woodland Hills, CA 91367
Jeff Scapa / Scapa & Associates / 7083 Hollywood Blvd. #630 / Los Angeles, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-6-18 | Martha Quintero | /s/ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           F 9013-3.1.PROOF.SERVICE